UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SQUARE ONE CHOICES INC.,

                         Plaintiff,

-against-

ZHEJIANG JUNHE TRADING CO., LTD.,

                         Defendant.

Case No. 1:24-cv-02766 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

On September 24, 2024, the Court denied Plaintiff's motion for alternative service via email and directed Plaintiff to serve Defendant via the Hague Convention. Dkt. 11. Plaintiff shall provide an update on service under the Hague Convention by December 24, 2024, and every 90 days thereafter.

Dated: October 17, 2024
        New York, New York

                                 SO ORDERED.

                                 *Jennifer Rochon*

                                 JENNIFER L. ROCHON
                                 United States District Judge